IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RONTERRIUS TURNER,

    Petitioner,

v.                                                    4:16cv624–WS/GRJ

SECRETARY, DEPARTMENT OF
CORRECTIONS,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 14) docketed June 19, 2018. The magistrate judge recommends that the petitioner's amended petition for writ of habeas corpus (doc. 4) be dismissed. The petitioner has filed no objections to the magistrate judge's report and recommendation.

Having reviewed the record, this court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 14) is hereby

ADOPTED and incorporated by reference into this order.

2. The respondent's motion to dismiss (doc. 13) is GRANTED.

3. The petitioner's amended petition for writ of habeas corpus (doc. 4) is DISMISSED.

4. The clerk shall enter judgment stating: "Petitioner's petition for writ of habeas corpus is DISMISSED."

4. A certificate of appealability is DENIED.

DONE AND ORDERED this __30th__ day of __July__, 2018.

                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE