IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RONTERRIUS TURNER,

    Petitioner,

v.                                                                   4:16cv624–WS/GRJ

FLORIDA DEPARTMENT OF
CORRECTIONS, SECRETARY,

    Respondent.

_____

## ORDER DISMISSING PETITIONER'S AMENDED PETITION FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation (doc. 14) docketed June 18, 2018. The magistrate judge recommends that Petitioner's amended petition for writ of habeas corpus be DISMISSED. Petitioner has filed objections (doc. 21) to the magistrate judge's report and recommendation.

Upon review of the record in light of Petitioner's objections, the court has determined that the magistrate judge's report and recommendation should be adopted. Like the magistrate judge, the undersigned finds that Petitioner has failed to show that he is entitled to relief under 28 U.S.C. § 2254.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 14) is hereby ADOPTED and incorporated by reference into this order.

2. Respondent's motion to dismiss (doc. 13) is GRANTED with prejudice.

3. Petitioner's amended petition for writ of habeas corpus (doc. 4) is DISMISSED WITH PREJUDICE.

4. The clerk shall enter judgment stating: "Petitioner's amended petition for writ of habeas corpus is DISMISSED with prejudice."

5. A certificate of appealability is DENIED.

DONE AND ORDERED this ___19th___ day of ___October___, 2018.

                                        s/ William Stafford
                                        WILLIAM STAFFORD
                                        SENIOR UNITED STATES DISTRICT JUDGE5.